274 BISHOP (Pros. Attorney) vs. CIRCUIT JUDGE (Hillsdale), No. 13266½, 94 M., 461.

To compel respondent to set aside an order quashing an information filed against a druggist, under Act No. 313, Laws of 1887.

Denied January 11, 1893, without costs, on the ground that the prosecution should have been under Act No. 207, Laws of 1889.